Impleaded with Henry Jackson, Individually and as Executor, etc., of Rebecca Weigert, Deceased, Appellant.— Order denying motion to vacate notice of examination before trial modified by striking out items h, i, j, k, l and m of the notice of examination, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. Order denying motion for a reargument affirmed. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Victor Greiff, Suing, etc., Respondent, v. Radio Receptor Co., Inc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

The City of New York, Respondent, v. Webb's Academy and Home for Shipbuilders, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mary Charlotte Morrison, Respondent, v. John Morrison, Appellant.— Order reversed and motion denied. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mary Charlotte Morrison, Respondent, v. John Morrison, Appellant.— Order reversed and motion denied. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mary Charlotte Morrison, Respondent, v. John Morrison, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Francis X. McQuade, Respondent, v. Charles A. Stoneham, Appellant, Impleaded with Another, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

The Luisi Investigation Company, Inc., Appellant, v. Herbert L. Kamber and Others, Defendants, Impleaded with Samuel Levine and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. The verified bill of particulars to be served within twelve days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

The Luisi Investigation Company, Inc., Appellant, v. Herbert L. Kamber and Others, Defendants, Impleaded with William Klein, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The verified bill of particulars to be served within twelve days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Eugene A. Bowen, Respondent, v. Hiram Royal Mallinson, Defendant, Impleaded with Linda V. Mallinson, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Eva J. Brummer, Appellant, v. Robert I. Blackman and Another, Defendants, Impleaded with Dorothy Elizabeth Blackman, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Herman T. Magagna, Respondent, v. Harry Veldran, Appellant.— Deter-